IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
JAMES ROBINSON,                     :

                    Plaintiff,    :   Case No. 07 CV 3409 (DC)

      - against -                  :

REESE COMMUNICATIONS COMPANIES, INC., d/b/a
RTC RELATIONSHIP MARKETING,         :

                    Defendant.    :
------------------------------------x

## NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)

**PLEASE TAKE NOTICE** that Defendant Reese Communications Companies Inc., d/b/a RTC Relationship Marketing, has not filed an answer or a motion for summary judgment in the above-captioned proceeding.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 41(a)(1), Fed. R. Civ. P., Plaintiff James Robinson hereby dismissed the above-captioned proceeding against Defendant, without prejudice

Dated: May 14, 2007

                                      Respectfully submitted,

                                      KAYE SCHOLER LLP

                                      _____
                                      Thomas A. Smart (TS 1633)
                                      Christopher D. Baker (CB 6765)
                                      425 Park Avenue
                                      New York, NY  10022
                                      (212) 836-8000

                                      *Attorneys for Plaintiff James Robinson*

31472390.DOC