USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/07

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
JAMES ROBINSON,

              Plaintiff,      :  Case No. 07 CV 3409 (DC) (THK)

- against -

REESE COMMUNICATIONS COMPANIES, INC., d/b/a
RTC RELATIONSHIP MARKETING,

              Defendant.
------------------------------------x

### NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)

**PLEASE TAKE NOTICE** that Defendant Reese Communications Companies Inc., d/b/a RTC Relationship Marketing, has not filed an answer or a motion for summary judgment in the above-captioned proceeding.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 41(a)(1), Fed. R. Civ. P., Plaintiff James Robinson hereby dismissed the above-captioned proceeding against Defendant, without prejudice

Dated: May 14, 2007

                                          Respectfully submitted,

                                          KAYE SCHOLER LLP

                                          Thomas A. Smart (TS 1633)
                                          Christopher D. Baker (CB 6765)
                                          425 Park Avenue
                                          New York, NY 10022
                                          (212) 836-8000

5/15/07    **SO ORDERED:**    *Attorneys for Plaintiff James Robinson*

            _____
                  U.S.D.J.

31472390.DOC